**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District    District of    New York
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: 9415 107 Street LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 8 3 – 2 7 7 7 3 8 1

4. **Debtor's address**

   Principal place of business:
   9415 107 Street
   Number  Street
   Ozone Park  NY  11416
   City  State  ZIP Code
   Queens
   County

   Mailing address, if different from principal place of business:
   Number  Street
   P.O. Box
   City  State  ZIP Code

   Location of principal assets, if different from principal place of business:
   Number  Street
   City  State  ZIP Code

5. **Debtor's website (URL)**:

Debtor     9415 107 Street LLC        Case number (if known) _____
       Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check all that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor: 9415 107 Street LLC

Case number (if known): _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No
☒ Yes. District: EDNY    When: 11/15/2024    Case number: 24-44770

If more than 2 cases, attach a separate list.

District: _____    When: __/__/____    Case number: _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes. Debtor _____    Relationship _____
District _____    When __/__/____
Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____
City                State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**


Debtor  9415 107 Street LLC  Case number (if known) _____

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/10/25
MM / DD / YYYY

X /s/ Kristh Ramjewan          Kristh Narine Ramjewan
Signature of authorized representative of debtor    Printed name

Title _____

Debtor   9415 107 Street LLC                         Case number (if known) _____
         Name

**18. Signature of attorney**   ✗ /s/ Vivian Williams                Date _____
                                Signature of attorney for debtor          MM / DD / YYYY

Vivian M Williams
Printed name

VMW LAW PC
Firm name

733 3rd Avenue FL 16
Number   Street

                                                      NY        10017
City                                                  State     ZIP Code

212-516-5312                                vwilliams@thewilliamsfirmnyc.com
Contact phone                               Email address

4234662                                               NY
Bar number                                            State

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

In re: 9415 107 Street LLC  CHAPTER 11

        Debtor  Case No.

**RESOLUTION OF THE SOLE MEMBER OF 9415 107 STREET LLC AUTHORIZING FILING OF VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

1.0 **WHEREAS**, on November 14, 2024, the Sole Member of 9415 107 Street LLC, a limited liability company organized under the laws of the State of New York (the "Company"), has considered the financial condition of the Company and the strategic alternatives available to the Company; and

1.1 **WHEREAS**, in the judgment of the Sole Member of the Company, it is desirable and in the best interests of the Company, its creditors, equity holders and other interested parties that the Company seek relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2.0 **NOW THEREFORE, BE IT RESOLVED**, that the filing of a petition seeking relief under the provisions of Chapter 11 of the Bankruptcy Code is hereby authorized, approved and adopted in all respects; and it is

2.1 **FURTHER RESOLVED**, that Kristh Narine Ramjewan, the Sole Member of the Company (the "Authorized Officer"), be and hereby is authorized, directed and empowered on behalf of the Company to execute and verify a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York at such time as said Authorized Officer executing the same shall determine; and it is

2.2 **FURTHER RESOLVED**, that the Authorized Officer be and hereby is authorized, directed and empowered on behalf of and in the name of the Company to execute and file all petitions, schedules, lists, motions, applications, pleadings and other papers and to take any and all actions which the Authorized Officer deems necessary and proper in connection with the Chapter 11 case, with a view to the successful prosecution of such case; and it is

**2.3 FURTHER RESOLVED**, that the law firm of VMW LAW PC be and hereby is employed as attorneys for the Company in the Chapter 11 case, subject to Bankruptcy Court approval; and it is

**2.4 FURTHER RESOLVED**, that the Authorized Officer be and hereby is authorized, directed and empowered to engage such other attorneys, financial advisors, accountants, and other professionals as may be appropriate, in their judgment, to assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights in connection with the Chapter 11 case; and it is

**2.5 FURTHER RESOLVED**, that the Authorized Officer be and hereby is authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of said attorneys, financial advisors, accountants and other professionals; and it is

**2.6 FURTHER RESOLVED**, that the Authorized Officer be and hereby is authorized, directed and empowered to execute and deliver any and all petitions, schedules, motions, lists, applications, pleadings, and other papers and to perform such other acts as he deems necessary, appropriate or desirable to carry out the intent and purpose of these resolutions, and the execution of such documents, the taking of such actions or the performance of such other acts shall be conclusive evidence of the approval thereof by the Sole Member of the Company.

**3.0** This Resolution may be executed in multiple counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document.

Dated: Brooklyn New York
       July 10, 2025

*Kristh Ramjewan* (signature)
Kristh, Narine Ramjewan
Sole Member
9415 107 Street LLC